IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 18-51942-PMB |
| | * | |
| COURTNEY BURRELL | * | CHAPTER 13 |
| | * | |
| | * | JUDGE BAISER |
| Debtor. | * | |

**CERTIFICATE OF SERVICE**

I certify that I served the following parties with a true copy of the attached "1st Amended Chapter 13 Plan" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed to:

Courtney Burrell
40 Echo Drive
Covington, GA  30016

And, in the same Manner, I served the parties listed in the attached matrix at the addresses indicated therein.

I further certify that Melissa J. Davey, the Chapter 13 Trustee, was served via the ECF electronic mail/noticing system

Date:  3/30/2018

/s/_____
John T Davis
State Bar No:  211065
Attorney for Debtor

Davis & Sheridan
P.O. Box 338
Lithonia, GA  30058
770-484-0927
FAX 484-9587
jtdavis@mindspring.com