UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | { |
| | { |
| COURTNEY BURRELL, | {   CASE NO. 18-51942-PMB |
| | { |
| DEBTOR. | {   CHAPTER 13 |

## MOTION FOR ENTRY OF ORDER TO BUSINESS DEBTOR

COMES NOW MELISSA J. DAVEY, TRUSTEE in the above-styled matter, and files this Motion for Entry of Order to Business Debtor, and as grounds therefore shows the Court the following:

**1.**

The Debtor filed for relief under Chapter 13 on February 5, 2018.

**2.**

The Debtor is self-employed and relies on self-employment income to fund this plan. Debtor is engaged in business. Debtor is incurring on-going tax liability during the pendency of this plan.

**3.**

That pursuant to 11 U.S.C. Section 1304(b), and subject to the limitations of 11 U.S.C. Sections 363(c) and 364, Debtor is authorized to operate the business in its ordinary course, including the withholding and payment of fiduciary taxes.

**4.**

That pursuant to 11 U.S.C Section 1304(c), Debtor is required to file **quarterly** financial reports of the operation of its business.

WHEREFORE, your Chapter 13 Trustee requests the following:

a. That the Court enter the Order to Business Debtor:

b. That the Court grant such other relief it deems proper.

\_\_\_\_/s/ _____
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, Suite 200
Atlanta, GA  30303
(678) 510-1444

18-51942-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Courtney Burrell
40 Glen Echo Drive
Covington, GA 30016

DEBTOR'S ATTORNEY:

Davis & Sheridan
6844 Main Street
Lithonia, GA 30058

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 14th day of September, 2018.

_____/s/ _____
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, Suite 200
Atlanta, GA 30303
(678) 510-1444